

**NUMBER 13-12-00165-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**WILLIAMS FARMS PRODUCE SALES, INC.,**          **Appellant,**

**v.**

**R&G PRODUCE SALES, INC.,**          **Appellee.**

---

**On appeal from the County Court at Law No. 1
of Cameron County, Texas.**

---

# ORDER

**Before Chief Justice Valdez and Justices Benavides and Longoria
Order Per Curiam**

This appeal was abated by this Court on April 2, 2014, due to the bankruptcy of one of the parties to this appeal. *See* 11 U.S.C. § 362; *see generally* TEX. R. APP. P. 8. Since the abatement there has been no activity in this appeal.

The Court hereby orders the parties to file, within fourteen days of the date of this order, an advisory regarding the status of the appeal.

It is so ORDERED.

PER CURIAM

Delivered and filed the
1st day of December, 2017.